

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00011-CR

Romeo Alberto **IBANEZ-BARRERA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. 21-CR-25
Honorable Jose Luis Garza, Judge Presiding

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
               Irene Rios Justice
               Beth Watkins, Justice

Delivered and Filed: July 5, 2023

DISMISSED FOR WANT OF PROSECUTION

Romeo Alberto Ibanez-Barrera appeals his judgment of conviction. The clerk's record was originally due April 3, 2023. On that day, the clerk filed a notification of late record stating the clerk's record was not filed because appellant has not paid or made arrangements to pay the clerk's fee to prepare the record and appellant is not entitled to the record without paying the fee. We ordered appellant to provide written proof to this court that appellant (1) paid the clerk's fee or arrangements satisfactory to the clerk have been made to pay the clerk's fee; or (2) appellant is entitled to the clerk's record without prepayment of the clerk's fee. *See* TEX. R. APP. P. 20.2,

35.3(a). Appellant filed a docketing statement in this court indicating he made arrangements to pay the district clerk's fee. We therefore ordered the Starr County District Clerk Orlando Velasquez to file the clerk's record in this court on or before June 5, 2023. On May 25, 2023, the Starr County District Clerk filed a second notification of late record stating the clerk's record was not filed because appellant has still not paid or made arrangements to pay the clerk's fee to prepare the record and appellant is not entitled to the record without paying the fee. We ordered appellant to provide written proof to this court on or before June 15, 2023 either (1) the clerk's fee had been paid or arrangements satisfactory to the clerk had been made to pay the clerk's fee; or (2) appellant was entitled to the clerk's record without prepayment of the clerk's fee. *See* TEX. R. APP. P. 20.2, 35.3(a). We cautioned that if he failed to file such proof within the time provided, this appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b). Appellant has not filed a response, and our clerk's office contacted the Starr County District Clerk's Office and was advised no payment has been received.

Accordingly, this appeal is dismissed for want of prosecution. *See id.*

PER CURIAM

DO NOT PUBLISH